UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>CROMWELL, et. al.    )<br>      Defendant.    )<br>      ) | DOCKET NO. 1:20-cr-10271-DPW |

**NOTICE OF APPEARANCE**

Now comes the undersigned counsel and hereby enters his appearance on behalf of David DeQuattro, defendant in the above captioned matter.

Respectfully Submitted,
DAVID DEQUATTRO,
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: December 8, 2020

**CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, December 8, 2020, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.

1