UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 20-cr-10271-DPW |
| v. | ) | |
| | ) | |
| DAVID DEQUATTRO | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2 of the District of Massachusetts, the undersigned counsel hereby files his Notice of Withdrawal of Appearance and terminates his representation of David DeQuattro.

For reasons, counsel states the following:

1. The undersigned is departing his current firm and taking a position at the firm of Hinckley Allen next week. Mr. DeQuattro has informed counsel that his new firm is in conflict with Mr. DeQuattro's legal interests.

2. Co-counsel Attorney Weinberg has agreed to continue his representation of Mr. DeQuattro in this matter.

3. None of the factors set out in L.R. 83.5.2 (A)-(D) are present and, therefore, a motion to withdraw is not required.

For the above reasons, it is necessary and appropriate that the undersigned file this Notice.

Respectfully submitted,

  /s/   *William F. Sinnott*
William F. Sinnott (BBO# 547423)
BARRETT & SINGAL, P.C.
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone:  (617) 720-5090
wsinnott@barrettsingal.com

Dated:  December 31, 2020

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on December 31, 2020.

  /s/   *William F. Sinnott*
William F. Sinnott