UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>DAVID DEQUATTRO,    )<br>       Defendant   )  | No. 20-CR-10271 |

## ASSENTED-TO MOTION FOR LEAVE TO REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS

Now comes the defendant David DeQuattro, by and through undersigned counsel, and hereby respectfully requests leave to file a Reply to the Government's Opposition to his Motion to Dismiss.  Mr. DeQuattro intends to file a Reply of no more than seven pages no later than February 4th.  As grounds and reasons for his request, Mr. DeQuattro states that a brief Reply is necessary to respond to arguments made in the Government's Opposition, including an argument that the defendant will contend goes beyond the four corners of the Indictment.  Because of other pre-existing professional commitments, the defense requests a deadline of February 4th.  Wherefore, Mr. DeQuattro respectfully requests that he be granted leave to file a Reply of no more than seven pages by February 4th.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with the government, and the government assents to Mr. DeQuattro's request for leave to file a Reply.  The government, however, continues to oppose the relief sought in Mr. DeQuattro's Motion to Dismiss.

1

                                                  Respectfully Submitted,
                                                  DAVID DEQUATTRO
                                                  By His Attorney,

                                                **/s/ Martin G. Weinberg**
                                                Martin G. Weinberg, Esq.
                                                Mass. Bar No. 519480
                                                20 Park Plaza, Suite 1000
                                                Boston, MA 02116
                                                (617) 227-3700
                                                owlmgw@att.net

Dated: January 26, 2021

## CERTIFICATE OF SERVICE

     I, Martin G. Weinberg, hereby certify that on this date, January 26, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                                  **/s/ Martin G. Weinberg**
                                                Martin G. Weinberg, Esq.