UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) v. ) CEDRIC CROMWELL, ) Defendant ) ) ) | No. 20-CR-10271 |

## **DEFENDANT CEDRIC CROMWELL'S MOTION TO JOIN DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS MOTION TO DISMISS**

The Defendant, Cedric Cromwell ("Cromwell"), by and through undersigned counsel, hereby requests that the Court allow him to join *Defendant David DeQuatrro's Reply to the Government's Opposition to his Motion to Dismiss,* (Dkt. #41) and for the reasons set forth in the incorporated Memorandum of Law, respectfully moves to dismiss Counts 1, 2, 3 and 6-10 of the Indictment in the above-captioned matter. Cromwell has filed a separate Motion to Dismiss Counts 6-10 of the Indictment, and further submits that the arguments presented in *Defendant David DeQuatrro's Reply to the Government's Opposition to his Motion to Dismiss*, apply equally to all counts of the Indictment. Cromwell requests that oral argument be held on this Motion.

WHEREFORE, Cromwell requests that the Court allow this Motion.

<div style="text-align: right">
Respectfully Submitted
CEDRIC CROMWELL
By His Attorney,

Timothy R. Flaherty
FLAHERTY LAW OFFICES
699 Boylston Street, 12th Floor
</div>


Respectfully Submitted
CEDRIC CROMWELL
By His Attorney,

Timothy R. Flaherty
FLAHERTY LAW OFFICES
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 227-1800
BBO # 557477

Dated: February 4, 2021

## CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Timothy R. Flaherty
Timothy R. Flaherty