UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) No. 20-CR-10271 ) |
| CEDRIC CROMWELL, Defendant | ) ) ) ) ) |

**ASSENTED-TO MOTION FOR LEAVE TO REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS COUNTS 6-10**

Now comes the defendant Cedric Cromwell, by and through undersigned counsel, and respectfully requests leave to file a Reply to the Government's Opposition to his Motion to Dismiss. Mr. Cromwell intends to file a response of no more than seven pages by February 26, 2021. As reasons therefore, the defendant states that a brief reply is necessary to respond to the Government's arguments. Wherefore, Mr. Cromwell respectfully requests that he be granted leave to Reply of no more than seven pages by February 26, 2021.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel conferred with the Government, and the Government assents to Mr. Cromwell's request for leave to file a Reply of no more than seven pages by February 26, 2021. The Government continues to oppose the relief requested in the defendant's Motion to Dismiss.

                                               Respectfully Submitted
                                               CEDRIC CROMWELL
                                               By His Attorney,

                                               /s/ Timothy R. Flaherty
                                               Timothy R. Flaherty
                                               FLAHERTY LAW OFFICES
                                               699 Boylston Street, 12th Floor
                                               Boston, MA 02116
                                               (617) 227-1800
                                               BBO # 557477

Dated: February 19, 2021

## CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                   /s/ Timothy R. Flaherty
                                        Timothy R. Flaherty