UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>DAVID DEQUATTRO, )<br>        Defendant ) | No. 20-CR-10271 |

### ASSENTED-TO MOTION FOR LEAVE TO REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR BILL OF PARTICULARS

Now comes the defendant David DeQuattro, by and through undersigned counsel, and hereby respectfully requests leave to file a Reply to the Government's Opposition to his Motion for Bill of Particulars. Mr. DeQuattro intends to file a Reply of no more than five pages no later than March 15th. As grounds and reasons for his request, Mr. DeQuattro states that a brief Reply is necessary to respond to arguments made in the Government's Opposition. Wherefore, Mr. DeQuattro respectfully requests that he be granted leave to file a Reply of no more than five pages by March 15th.

### COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with the government, and the government assents to Mr. DeQuattro's request for leave to file a Reply. The government, however, continues to oppose the relief sought in Mr. DeQuattro's Motion for Bill of Particulars.

                                        Respectfully Submitted,
                                        DAVID DEQUATTRO

By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: March 10, 2021

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, March 10, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
