UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | No. 20-CR-10271 |
| DAVID DEQUATTRO,<br>            Defendant | ) ) ) ) ) | |

**DEFENDANT'S NOTICE REGARDING PENDING MOTIONS**

Now comes the defendant David DeQuattro, by and through undersigned counsel, and hereby respectfully submits this notice regarding his pending Motion to Dismiss (Dkt. 34), Motion for Bill of Particulars (Dkt. 55), and Motion for Production of Exculpatory Evidence (Dkt. 64). On March 22, 2021, while the foregoing motions were pending, the government filed a Superseding Indictment, adding new charges against Mr. DeQuattro's co-defendant Cedric Cromwell for allegedly filing false tax returns.

By contrast, the charges against Mr. DeQuattro are unchanged in the Superseding Indictment. Accordingly, the defense respectfully submits that the arguments set forth in the above-listed motions are equally applicable to the new charging document. Mr. DeQuattro requests oral argument on the pending motions.

> Respectfully Submitted,
> DAVID DEQUATTRO
> By His Attorney,
>
> **/s/ Martin G. Weinberg**

1

                                        Martin G. Weinberg, Esq.
                                        Mass. Bar No. 519480
                                        20 Park Plaza, Suite 1000
                                        Boston, MA 02116
                                        (617) 227-3700
                                        owlmgw@att.net

Dated: March 23, 2021

## **CERTIFICATE OF SERVICE**

      I, Martin G. Weinberg, hereby certify that on this date, March 23, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                        **/s/ Martin G. Weinberg**
                                        Martin G. Weinberg, Esq.