UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.             )<br>)<br>(1) CEDRIC CROMWELL and   )<br>(2) DAVID DEQUATTRO,       )<br>)<br>Defendants            ) | Criminal No. 20-10271-DPW |

## GOVERNMENT'S MOTION FOR EXCLUSION OF TIME
## UNDER THE SPEEDY TRIAL ACT

The government respectfully moves for a Court Order excluding the period from April 1, 2021, through and including May 18, 2021 (the date of the next scheduled status conference), from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), on the grounds that this period constitutes reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial.

The government has conferred with Timothy Flaherty, counsel for defendant Cedric Cromwell, and Martin Weinberg, counsel for defendant David DeQuattro. Neither assents to the relief requested in this motion.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Christine Wichers*
CHRISTINE WICHERS
Assistant U.S. Attorney

**Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 1, 2021.

*/s/ Christine Wichers*
Christine Wichers