UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)    No. 20-CR-10271<br>CEDRIC CROMWELL and )<br>DAVID DEQUATTRO, )<br>      Defendants )<br>) | |

**JOINT REQUEST TO REVISE ORDER SETTING CRIMINAL JURY TRIAL (DKT. 93)**

The Government and Defendants jointly request that this Honorable Court consider revising its Order Setting Criminal Jury Trial (Dkt. 93) as follows:

1. As to Paragraph 5 (Jencks deadline), to change the date from Monday, August 9, 2021, to Monday, July 19, 2021.

2. As to Paragraph 7(b) (government's exhibit list and copies of exhibits), to change the date from Monday, August 23, 2021, to Wednesday, July 21, 2021.[1]

3. As to Paragraph 8 (defendants' exhibit list and copies of exhibits), to change the date from Wednesday, August 25, 2021, to Monday, July 26, 2021.[2]

4. As to the deadline for defendants' expert disclosures (Doc. No 23 (6)) to change the date

---

[1] The government anticipates that, based on information it learns during trial preparation, it may add or subtract exhibits from its list after July 21, 2021.

[2] The defense similarly anticipates that it may as a result of trial preparation add or subtract exhibits from its list after July 26, 2021.

1

from 21 days before trial (August 17, 2021) to Friday July 23, 2021.  The government does not intend to call any experts.

|  |  |
|---|---|
| NATHANIEL R. MENDELL<br>Acting United States Attorney<br><br>By: **/s/ Christine Wichers**<br>Christine Wichers<br>Assistant U.S. Attorney | Respectfully Submitted,<br><br>DAVID DEQUATTRO<br>By His Attorney,<br><br>**/s/ Martin G. Weinberg**<br>Martin G. Weinberg, Esq.<br>Mass. Bar No. 519480<br>20 Park Plaza, Suite 1000<br>Boston, MA 02116<br>(617) 227-3700<br>owlmgw@att.net<br><br>CEDRIC CROMWELL<br>By His Attorney,<br><br>**/s/ Timothy R. Flaherty**<br>Timothy R. Flaherty<br>Flaherty Law Offices<br>699 Boylston Street, 12th Floor<br>Boston, MA 02116<br>(617) 227-1800 |

Dated: July 9, 2021