UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

                                                          )
                                                          )
UNITED STATES OF AMERICA                )
                                                          )
v.                                                        )                    No. 20-CR-10271
                                                          )
DAVID DEQUATTRO,                            )
                    Defendant                       )
                                                          )
_____      )

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Now comes the defendant David DeQuattro, by and through undersigned counsel, and

hereby respectfully requests leave to file his Motion *In Limine* to Preclude Use of Joseph

Beretta's Grand Jury Testimony at Trial under seal.  As grounds and reasons therefor, the

defense states that the underlying motion refers to grand jury testimony and attaches as an

exhibit a grand jury transcript.  Additionally, any potential publicity resulting from the Motion

could burden future jury selection which is now just weeks away.  Mr. DeQuattro intends to send

a copy of his Motion to the Court for filing under seal in the event leave to file is granted.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has conferred with the government, and the government assents to

this request for leave to file under seal.  The government, however, opposes the underlying relief

requested in Mr. DeQuattro's Motion.


                                        Respectfully Submitted,
                                        DAVID DEQUATTRO
                                        By His Attorney,


1

<u>**/s/ Martin G. Weinberg**</u>
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: July 28, 2021

<u>**CERTIFICATE OF SERVICE**</u>

I, Martin G. Weinberg, hereby certify that on this date, July 28, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

<u>**/s/ Martin G. Weinberg**</u>
Martin G. Weinberg, Esq.