UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                                )<br>          v.                              )<br>                                                )<br>DAVID DEQUATTRO          )<br>          Defendant          )<br>                                                ) | CRIMINAL NO. 20-CR-10271-DPW |

## NOTICE OF APPEARANCE

Now comes the undersigned counsel and hereby enters his appearance as co-counsel on behalf of David DeQuattro, defendant in the above captioned matter.

                                                      Respectfully Submitted,
                                                      David DeQuattro,
                                                      By His Attorney,

                                                      **/s/ Maksim Nemtsev**
                                                      Maksim Nemtsev, Esq.
                                                      Mass. Bar No. 690826
                                                      20 Park Plaza, Suite 1000
                                                      Boston, MA 02116
                                                      (617) 227-3700
                                                      menemtsev@gmail.com

Dated: August 4, 2021

## CERTIFICATE OF SERVICE

     I, Maksim Nemtsev, hereby certify that on this date, August 4, 2021, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

                                                      **/s/ Maksim Nemtsev**
                                                      Maksim Nemtsev