UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | No. 20-CR-10271 |
| DAVID DEQUATTRO, ) Defendant ) | |

### ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Now comes the defendant David DeQuattro, by and through undersigned counsel, and hereby respectfully requests leave to file his Motion *In Limine* to Limit or Exclude Government Exhibits, his Proposed Jury *Voir Dire*, his Trial Brief, and Defendants' Supplemental Brief in Support of Their Motion *In Limine* to Exclude Irrelevant and Unfairly Prejudicial Evidence of Prior Bad Acts under seal. As grounds and reasons therefor, the defense states that the underlying documents refer to specific witnesses and their statements as well as potential exhibits that, if disclosed publicly, could burden future jury selection.

### COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has conferred with the government, and the government assents to this request for leave to file under seal. The government, however, opposes the underlying relief requested in Mr. DeQuattro's Motion *In Limine* to Limit or Exclude Government Exhibits.

    Respectfully Submitted,
    DAVID DEQUATTRO
    By His Attorney,

1

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: August 9, 2021

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, August 9, 2021, a copy of the foregoing document has been served via electronic mail on AUSA Christine Wichers.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
