UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                        )<br>)<br>(1) CEDRIC CROMWELL and    )<br>(2) DAVID DEQUATTRO,         )<br>)<br>Defendants    ) | Criminal No. 20-10271-DPW |

**UNITED STATES' OPPOSITION TO DEFENDANT DAVID DEQUATTRO'S
MOTION TO DISMISS COUNT 5 OF THE INDICTMENT**

The Court should deny defendant David DeQuattro's motion to dismiss Count 5 of the indictment, which he alleges is duplicitous. (Doc. No. 151.)

The Government disagrees that Count 5 is duplicitous, for the reasons set forth in its trial brief (sealed Doc. No. 134) at 9-11. However, it will agree to a unanimity instruction, *i.e.*, an instruction that the jury must be unanimous with respect to any one of the items listed in Count 5. *See* DeQuattro's Proposed Jury Instructions (Doc. No. 124), Request No. 4 (unanimity instruction).[1] Even assuming Count 5 is duplicitous, a unanimity instruction would cure the issue and dismissal would be unwarranted. "The remedy for a duplicitous indictment is a specific unanimity instruction to ensure that the jury understands that its verdict must be unanimous as to which instance of the alleged statutory violation resulted in a crime." *United States v. Karani*, 984 F.3d 163, 181 (1st Cir. 2021). "[D]ismissal of the indictment is not the proper remedy."

---

[1] Likewise, the Government will agree to a unanimity instructions on Count 3 against defendant Cromwell.

*United States v. Robinson*, 651 F.2d 1188, 1195 (6th Cir. 1981), *cited in United States v. Place*, 757 F. Supp. 2d 60, 61 (D. Mass. 2010).

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:  */s/ Christine Wichers*
     Christine Wichers
     Jared C. Dolan
     Assistant U.S. Attorneys

## Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 26, 2021.

     */s/ Christine Wichers*
     Christine Wichers