UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CEDRIC CROMWELL, )<br>Defendant )<br>) | No. 20-CR-10271 |

**DEFENDANT CEDRIC CROMWELL'S MOTION TO JOIN DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER TO SEVER COUNTA**

The Defendant, Cedric Cromwell ("Cromwell"), by and through undersigned counsel, hereby requests that the Court allow him to join *Defendant David DeQuattro's Opposition to the Government's Motion for Reconsideration of Court's Order to Sever Counts,* (Dkt. #166) and for the reasons set forth in Mr. DeQuattro's incorporated Memorandum of Law, Mr. Cromwell respectfully requests that the government's Motion for Reconsideration be denied.

Respectfully Submitted
CEDRIC CROMWELL
By His Attorney,

Timothy R. Flaherty
FLAHERTY LAW OFFICES
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 227-1800
BBO # 557477

Dated: October 5, 2021

## CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                /s/ Timothy R. Flaherty
                Timothy R. Flaherty