UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | No. 20-CR-10271 |
| CEDRIC CROMWELL and DAVID DEQUATTRO, Defendants | ) | |

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Now come the Defendants, by and through undersigned counsel, and hereby respectfully request leave to file their Motion *In Limine* to Exclude Attorney Testimony under seal. As grounds and reasons therefor, the defense states that the underlying motion refers to grand jury testimony and attaches grand jury transcripts as exhibits. Additionally, any potential publicity resulting from the Motion could burden future jury selection which is now just weeks away.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has conferred with the government, and the government assents to this request for leave to file under seal. The government, however, opposes the underlying relief requested in Defendants' Motion.

Respectfully Submitted,
DAVID DEQUATTRO
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480

1

20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net


CEDRIC CROMWELL
By His Attorney,
**/s/ Timothy R. Flaherty**
Timothy R. Flaherty, Esq.
Flaherty Law Offices
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 227-1800

Dated: November 15, 2021

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, November 15, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.