UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>(1) CEDRIC CROMWELL and )<br>(2) DAVID DEQUATTRO, )<br>)<br>Defendants ) | Criminal No. 20-10271-DPW |

**UNITED STATES' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

The United States respectfully requests leave to file its Opposition to the Defendants' Joint Sealed Motion *in Limine* to Exclude Attorney Testimony (DN 176) under seal because it cites grand jury testimony and includes a grand jury transcript as an exhibit. Through their counsel, the Defendants have assented to the relief requested in this motion.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:  */s/ Christine Wichers*
Christine Wichers
Jared C. Dolan
Assistant U.S. Attorneys

**Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 23, 2021.

*/s/ Christine Wichers*
Christine Wichers