UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 20-CR-10271 |
| ) | |
| CEDRIC CROMWELL and ) | |
| DAVID DEQUATTRO, ) | |
| Defendants ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY UNDER SEAL**

Now come the Defendants, by and through undersigned counsel, and hereby respectfully request leave to file a sealed Reply to the government's Opposition to their Motion *In Limine* to Exclude Attorney Testimony. As grounds and reasons therefor, the defense states that a short Reply is necessary to respond to arguments made in the government's Opposition.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel has conferred with the government, and the government assents to this request for leave to file a Reply under seal. The government, however, opposes the underlying relief requested in Defendants' Motion.

    Respectfully Submitted,
    DAVID DEQUATTRO
    By His Attorney,

    **/s/ Martin G. Weinberg**
    Martin G. Weinberg, Esq.
    Mass. Bar No. 519480
    20 Park Plaza, Suite 1000
    Boston, MA 02116

(617) 227-3700
owlmgw@att.net


CEDRIC CROMWELL
By His Attorney,
**/s/ Timothy R. Flaherty**
Timothy R. Flaherty, Esq.
Flaherty Law Offices
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 227-1800

Dated: November 30, 2021

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, November 30, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.