UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | No. 20-CR-10271 |
| CEDRIC CROMWELL and DAVID DEQUATTRO, Defendants | ) | |

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Now comes the Defendant David DeQuattro, by and through undersigned counsel, and hereby respectfully requests leave to file under seal a Supplemental Offer of Proof regarding the government's Motion *In Limine* to Preclude Testimony or other Evidence Regarding Pending Civil Litigation Between Defendant DeQuattro and Joseph Beretta. As grounds and reasons therefor, the defense states the government's Motion and Mr. DeQuattro's Opposition were filed under seal.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has conferred with the government, and the government assents to this request for leave to file under seal. The government does not, however, assent to the line of questioning reflected in the Supplemental Offer of Proof.

Respectfully Submitted,
DAVID DEQUATTRO
By His Attorney,

**/s/ Martin G. Weinberg**

1

                                                      Martin G. Weinberg, Esq.
                                                      Mass. Bar No. 519480
                                                      20 Park Plaza, Suite 1000
                                                      Boston, MA 02116
                                                      (617) 227-3700
                                                      owlmgw@att.net

Dated: December 3, 2021

## **CERTIFICATE OF SERVICE**

      I, Martin G. Weinberg, hereby certify that on this date, December 3, 2021, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                                      **/s/ Martin G. Weinberg**
                                                      Martin G. Weinberg, Esq.