UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) v. ) ) DAVID DEQUATTRO, ) Defendant ) ) ) | No. 20-CR-10271 |

**DEFENDANT DAVID DEQUATTRO'S SUPPLEMENTAL REQUESTS FOR INSTRUCTIONS TO THE JURY**

Martin G. Weinberg, Esq.
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**Statute of Limitations for Count 1**

In order to return a guilty verdict on this Count, you must find the government has proven beyond a reasonable doubt that there was an agreement to commit federal programs bribery that continued beyond November 12, 2015 and that at least one overt act in furtherance of that conspiracy was proven to have occurred after November 12, 2015.[1]  The payments made by Mr. DeQuattro before that day are therefore, without more, insufficient to support a guilty verdict.

---

[1] *See, e.g.*, *Grunewald v. United States*, 353 U.S. 391, 396 (1957); *United States v. Stewart*, 744 F.3d 17, 21 (1st Cir. 2014).

1

**Conflict of Interest Not Sufficient**

A conflict of interest is not bribery.[2]  For that reason, even if you may believe that Mr. DeQuattro's donations to Mr. Cromwell during the Company's business relationship with the Gaming Authority created a conflict of interest, or the appearance of such a conflict, that cannot be the basis for conviction on any count.

>Respectfully Submitted,
>DAVID DEQUATTRO
>By His Attorney,
>
>**/s/ Martin G. Weinberg**
>Martin G. Weinberg, Esq.
>Mass. Bar No. 519480
>20 Park Plaza, Suite 1000
>Boston, MA 02116
>(617) 227-3700
>owlmgw@att.net

Dated: April 7, 2022

**CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, April 7, 2022, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

>**/s/ Martin G. Weinberg**
>Martin G. Weinberg, Esq.

---

[2] *See, e.g.*, *Skilling v. United States*, 561 U.S. 358, 410 (2010).