UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID DEQUATTRO, )<br>         Defendant )<br> ) | No. 20-CR-10271 |

**DEFENDANT DAVID DEQUATTRO'S MOTION FOR JUDGMENT OF ACQUITTAL**

Now comes the defendant David DeQuattro, by and through undersigned counsel, and, pursuant to Fed. R. Crim. P. 29(a), respectfully moves that this Honorable Court enter a judgment of acquittal on all counts pending against him. As grounds and reasons therefor, Mr. DeQuattro incorporates his supporting Memorandum, which will be filed under seal.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel conferred with the Government, and the Government opposes the relief requested in this Motion.

Respectfully Submitted,
DAVID DEQUATTRO
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: April 28, 2022

1

## **CERTIFICATE OF SERVICE**

      I, Martin G. Weinberg, hereby certify that on this date, April 28, 2022, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                               **/s/ Martin G. Weinberg**
                                               Martin G. Weinberg, Esq.