UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID DEQUATTRO, )<br>         Defendant )<br>) | No. 20-CR-10271 |

### NOTICE OF APPEARANCE

Now comes the undersigned and hereby enters his appearance as co-counsel with Martin G. Weinberg for the Defendant, David DeQuattro, in the above-captioned matter.

Respectfully Submitted,

**/s/ Michael Pabian**
Michael Pabian
Mass. Bar No. 684589
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
pabianlaw38@gmail.com

Dated: April 28, 2022

### CERTIFICATE OF SERVICE

I, Michael Pabian, hereby certify that on this date, April 28, 2022, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Michael Pabian**
Michael Pabian